IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

DONALD KAUTZ,

        Petitioner,

v.
                                        Case No.  5D22-2416
                                        LT Case No. 2009-CF-48339-X

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed December 2, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Donald Kautz, Zephyrhills, pro se.

No Appearance for Respondent.


PER CURIAM.

This Court earlier dismissed Petitioner's petition for writ of habeas corpus stemming from Brevard County Circuit Court Case Number 2009-CF-48339-X.  Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from Brevard County Circuit Court

Case No. 2009-CF-48339-X may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.